UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVO NORDISK A/S;<br>NOVO NORDISK, INC.,<br><br>                            Plaintiffs,<br><br>v.<br><br>GOGLIA NUTRITION, LLC d/b/a<br>G-Plans; FUTURHEALTH, INC.,<br><br>                            Defendants. | Case No.:  24cv1385-LL-VET<br><br>**ORDER:**<br><br>**(1) GRANTING NOVO NORDISK'S EX PARTE APPLICATION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** [ECF No. 47]<br><br>**(2) GRANTING FUTURHEALTH'S EX PARTE REQUEST FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** [ECF No. 49] |

Before the Court are two ex parte applications for leave to file notice of supplemental authority filed by Plaintiffs Novo Nordisk A/S and Novo Nordisk, Inc. ("Plaintiffs") [ECF No. 47] and Defendant FuturHealth, Inc. [ECF No. 49]. Neither application is opposed. ECF No. 48. Plaintiffs seek leave to file notice of *Novo Nordisk A/S v. Ikon Health, LLC*, No. 4:24-CV-05093-RLP, 2026 WL 196475 (E.D. Wash. Jan. 26, 2026), and FuturHealth seeks leave to file notice of *Lilly v. Willow Health Servs.*, No. 2:25-cv-03570-AB-MAR,

1

2026 LX 81211 (C.D. Cal. Feb. 3, 2026), to support their respective positions on FuturHealth's pending Motion for Judgment on the Pleadings [ECF No. 35]. ECF Nos. 47, 49.

Although neither district court opinion is binding on this Court, they are both relevant to issues presented in the pending motion and were issued after briefing was completed. *Camreta v. Greene*, 563 U.S. 692, 709 (2011) (quoting 18 J. Moore et al., Moore's Federal Practice § 134.02[1][d], p. 134-26 (3d ed. 2011)) ("A decision of a federal district court judge is not binding precedent in either a different judicial district, the same judicial district, or even upon the same judge in a different case."). Therefore, the Court, in its discretion, will **GRANT** both ex parte applications.

**IT IS SO ORDERED**.

Dated:  February 10, 2026

_____
Honorable Linda Lopez
United States District Judge